UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 13, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NOS. 25-MJ-00105 |
| | : | 25-MJ-00106 |
| TOMMY WHACK, JR. and | : | |
| (Counts 1, 2) | : | VIOLATIONS: |
| | : | |
| CAROLYN NATASHA BELL, | : | COUNT 1: |
| (Counts 3, 4) | : | 18 U.S.C. § 1791(a)(2) and (b)(1) (Possessing Contraband in Prison) |
| Defendants. | : | |
| | : | COUNT 2: |
| | : | 21 U.S.C. § 841(a)(1) and (b)(1)(C) (Unlawful Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl) |
| | : | |
| | : | COUNT 3: |
| | : | 18 U.S.C. § 1791(a)(1) and (b)(1) (Providing Contraband in Prison); |
| | : | |
| | : | COUNT 4: |
| | : | 21 U.S.C. § 841(a)(1) and (b)(1)(C) (Unlawful Distribution and Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl) |

## INDICTMENT

The Grand Jury charges that:

### BACKGROUND

1. The District of Columbia Department of Corrections ("DOC") is a penal institution with an average daily population of approximately 1,700 inmates. It is located at 1901 D Street, in Southeast, Washington, D.C.

2. The Correctional Treatment Facility ("CTF") is one of two DOC correctional facilities in Washington, D.C. that houses adult male detainees awaiting trial, serving a misdemeanor sentence, or in transit to a BOP facility. CTF also houses federal detainees awaiting trial in the United States District Court for the District of Columbia pursuant to a contract with the Bureau of Prisons ("BOP").

3. DOC employees, including correctional officers, receive training on policies and practices that guide everyday operations. This includes training on the interdiction of prohibited objects, or contraband.

4. DOC trains all employees to prevent the possession and introduction of contraband into facilities and to detect it when present in the facilities. Introducing or trafficking contraband of any kind to inmates is strictly prohibited, as outlined in the October 21, 2022, DOC Contraband Control Policy. The objective of this policy is to maintain "[t]he security, safety and orderly operation of all DOC facilities," and entails levying "[a]ppropriate sanctions [] against any individual who possesses, attempts to introduce introduces or traffics contraband within DOC facilities." The policy defines any illegal drug as major contraband.

5. Illegal drugs are considered prohibited objects as defined in 18 U.S.C. §§ 1791(d)(1)(B), (d)(1)C), (d)(1)(F), and (d)(1)(G).

## COUNT ONE

6. On or about April 23, 2025, within the District of Columbia, **TOMMY WHACK, JR.**, an inmate of the Correctional Treatment Facility of the District of Columbia Department of Corrections, a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, possessed and obtained a prohibited object, to wit a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Possessing Contraband in Prison,** in violation of Title 18, United States Code, Section 1791(a)(2) and (b)(1))

## COUNT TWO

7.  On or about April 23, 2025, within the District of Columbia, **TOMMY WHACK, JR.** knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl,** in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C))

## COUNT THREE

8.  On or about April 23, 2025, within the District of Columbia, **CAROLYN NATASHA BELL**, contrary to the District of Columbia Department of Corrections Contraband Control Policy, dated October 21, 2022, provided and attempted to provide a prohibited object, to wit a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, to Tommy Whack, Jr., an inmate at the Correctional Treatment Facility of the District of Columbia Department of Corrections, a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General.

**(Providing Contraband in Prison,** in violation of Title 18, United States Code, Section 1791(a)(1) and (b)(1))

## COUNT FOUR

9. On or about April 23, 2025, within the District of Columbia, **CAROLYN NATASHA BELL**, knowingly and intentionally distributed and possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution and Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl,** in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C))

JEANINE FERRIS PIRRO
United States Attorney

A TRUE BILL:

*Gauri Gopal*

GAURI GOPAL
Assistant United States Attorney

FOREPERSON.